CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 31 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| ERIC FLORES, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14CV4 |
| ) | |
| v. ) | OPINION |
| ) | |
| UNITED STATES ATTORNEY ) | By: James P. Jones |
| GENERAL AND FEDERAL BUREAU ) | United States District Judge |
| OF INVESTIGATION, ) | |
| ) | |
| Defendants. ) | |

*Eric Flores, Pro Se Plaintiff, El Paso, Texas.*

Eric Flores, proceeding pro se and in forma pauperis, seeks leave to file a civil complaint entitled, "Petition to Challenge the Constitutionality of the First Amendment." While I will allow the complaint to be filed without prepayment of the filing fee, I will summarily dismiss it as frivolous.

The complaint seeks to assert on behalf of a class of "Mexican American citizens of the United States" various claims, including that federal employees have been "useing [sic] advanced technology with a direct signal to the satelite [sic] in outerspace that has the capacity of calculating genetic code to cause

petitioners [sic] Uncle Jorge Salas severe heart pain ... resulting in the death of ... Uncle Jorge Salas."[1]

The complaint is patently frivolous. Based upon the affidavit submitted in support of the application to proceed in forma pauperis, I will allow the complaint to be filed, but it will be summarily dismissed. *See* 28 U.S.C.A. § 1915(e)(2)(B)(i) (West 2006); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A separate order will be entered herewith.

DATED: January 31, 2014

/s/ James P. Jones
United States District Judge

---

[1] Similar claims by Flores have been summarily dismissed by other courts. *See Flores v. U.S. Attorney Gen.*, 531 F. App'x 939, 939 (10th Cir. 2013) (unpublished) (alleging that the government has used satellite technology to torture him and his immediate family); *Flores v. U.S. Attorney Gen.*, 378 F. App'x 473, 473 (5th Cir. 2010) (unpublished) (same). The Supreme Court has directed its clerk to accept no further civil petitions from Flores in forma pauperis. *Flores v. Holder*, 132 S. Ct. 2397 (2012).